IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                               *

   ANNE UNDERWOOD              *    CASE NUMBER: 19-04712-TOM13

   Debtor.                     *

## OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

Comes now, the Debtor, Anne Underwood, by and through the undersigned attorney, and moves this Honorable Court to disallow and/or reduce the post-petition mortgage fees, expenses and charges filed by U. S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust.

The Debtor states her grounds for this objection as follows:

1. The Debtor states that the fees, expenses and charges are unreasonable and excessive.

WHEREFORE, the Debtor moves this Honorable Court to disallow and/or reduce the fees, expenses, and charges filed as they are unreasonable, unsubstantiated, and excessive.

                                                  s/ Thomas W. H. Buck
                                                  Thomas W. H. Buck

**OF COUNSEL:**
**BUCK AND MITCHELL LLC.**
2009 Second Avenue North
Birmingham, AL 35203
(205) 252-7661

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true copy of the following was e-filed and mailed to all of the parties at interest at the addresses set forth by United States first class mail on this 15th day April, 2020.

Bradford W. Caraway
Chapter 13 Trustee
P.O. Box 10848
Birmingham, AL 35202

Michelle R. Ghidotti-Gonsalves
Authorized Agent for Secured Creditor
GHIDOTTI BERGER LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705

                                              /s/ Thomas W. H. Buck
                                              THOMAS W. H. BUCK