| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Anne Underwood |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 19-04712-TOM13 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 0 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 11/17/19;12/17/19;01/17/20; 02/17/20 | (1) $ | 72.00 |
| 2. Non-sufficient funds (NSF) fees | 11/05/2019 | (2) $ | 30.00 |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 12/09/2019: POC | (5) $ | 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify:_____ | | (10) $ | |
| 11. Other. Specify: 410A POC | 12/09/2019 | (11) $ | 250.00 |
| 12. Other. Specify:_____ | | (12) $ | |
| 13. Other. Specify:_____ | | (13) $ | |
| 14. Other. Specify:_____ | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Anne Underwood | Case number (if known) 19-04712-TOM13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 03/13/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name  Middle Name  Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Ave.
Number  Street
Santa Ana  CA  92705
City  State  ZIP Code

Contact phone: (949) 427-2010

Email: bknotifications@ghidottiberger.com

| Invoice Date |
|---|
| 12/09/2019 |

**GB**
GHIDOTTI BERGER

Holey Igloo

| Invoice Number |
|---|
| 16952 |

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation/ PRP
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Ann M. Underwood, Loan#
Case Ref Number: 19-04712-TOM13
Property Address: 4109 49TH COURT NORTH, BIRMINGHAM, AL 35217
OURFILE:

Area of Law: Bankruptcy                                   Attorney: Kristin Zilberstein

BILLING SUMMARY:

### FEES

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09/2019 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim | $550.00 |
| 12/09/2019 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History | $250.00 |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Costs This Invoice | $0.00 |
| Total Fees This Invoice | $800.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Amount Due This Invoice | $800.00 |

Thank you for the opportunity to be of service.



| Effective Date | Transaction Description | Trans. Amt |
|---|---|---|
| 11/17/2019 | Late Charge Assessment | ($18.00) |
| 12/17/2019 | Late Charge Assessment | ($18.00) |
| 1/17/2020 | Late Charge Assessment | ($18.00) |
| 2/17/2020 | Late Charge Assessment | ($18.00) |

| Effective Date | Transaction Description | Trans. Amt |
|---|---|---|
| 11/5/2019 | NSF Fee Assessment | ($30.00) |

# CERTIFICATE OF SERVICE

On March 13, 2020, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Thomas W H Buck
gracie@longshorebuck.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On March 13, 2020, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | TRUSTEE |
|---|---|
| Anne Underwood | Bradford W. Caraway |
| 4109 49th Court | Chapter 13 Standing Trustee |
| Birmingham, AL 35217 | P O Box 10848 |
| | Birmingham, AL 35202-0848 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi